IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

ALAN WAI LUN Ku
(LAST NAME)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

RKB ARCHITECTS PLANNERS INC

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial:   ☐ Yes   ☐ No
            (check one)

FILED BY _____ D.C.

JUL 19 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ALAN WAI LUN KU |
| Street Address | 1520 NE 173 STREET |
| City and County | NORTH MIAMI BEACH, MIAMI-DADE County |
| State and Zip Code | FLORIDA 33162 |
| Telephone Number | 786-271-9388 |
| E-mail Address | awlkarchitect@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | RKB ARCHITECTS PLANNERS INC. |
| Job or Title (if known) | |
| Street Address | 4800 N. FEDERAL HWY, SUIT 104B |
| City and County | BOCA RATON, PALM BEACH COUNTY |
| State and Zip Code | FLORIDA 33431 |
| Telephone Number | 561-750-3661 |
| E-mail Address (if known) | rkbfla@bellsouth.net |

Defendant No. 2

| | |
|---|---|
| Name | RICHARD BROOKS JR. |
| Job or Title (if known) | PRINCIPAL OF THE COMPANY |
| Street Address | 4800 N. FEDERAL HWY. SUIT 104B |
| City and County | BOCA RATON, PALM BEACH COUNTY |

2

State and Zip Code  FLORIDA, 33431
Telephone Number  561-750-3661
E-mail Address  rkb-fla@bellsouth.net
(if known)

Defendant No. 3

Name  _____
Job or Title  _____
(if known)
Street Address  _____
City and County  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____
(if known)

Defendant No. 4

Name  _____
Job or Title  _____
(if known)
Street Address  _____
City and County  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

WE HAVE AN AGREEMENT BACK ON SEPTEMBER 2018 THAT I WILL GET PAY CERTAIN AMOUNT WHEN THAT PART OF PROJECT COMPLETED, I WILL SUPPOSE TO RECEIVE THE CHECK BACK ON MATCH 2019, BUT THEY DID NOT PAID. THEN THEY GAVE ME A BOUNCED CHECK AT MAY 2019.

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a.  If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a.  If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

① WE HAD AN AGREEMENT BACK FROM SEPTEMBER 2018, WHICH I WILL GET PAID CERTAIN AMOUNT WHEN THAT PART OF THE PROJECT COMPLETED. I WAS SUPPOSE TO GET PAID ON MARCH 2019, BUT THEY DID NOT PAID. THEY SEND ME A CHECK ON MAY 2019, BUT THE CHECK BOUNCED

② I LEFT ON APRIL 15TH 2019, which THEY ALSO OWE ME THE TWO WEEKS VACATION I DID NOT USE.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I HAVE FILED A LIEN ON THE PROJECT I WORKED DURING THE TIME I WAS AT THAT COMPANY. IT COSTED ME $610.00 TO FILE. ALONG WITH $3,900.00 plus TWO VACATION $2269.69 (AFTER TAX). IT also CAUSE ME WITH DELAY IN PAYMENTS ON MY BILLS. THE AMOUNT IS $6779.69 plus $400.00 TO FILE THIS CIVIL CASE. Total is $7179.69

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/19, 2019

Signature of Plaintiff
Printed Name of Plaintiff    ALAN WAI LUN Ku

B. **For Attorneys**

Date of signing: _____, 20__.